UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Lucia Marett
*on behalf of herself and all others similarly situated,*

        Plaintiff,

        -against-

Pier 1 Imports (U.S.) INC.,

        Defendant.

Case No.: 17-CV-833

**NOTICE OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)**

---

**PLEASE TAKE NOTICE** that the claims of Plaintiff, Lucia Marett, are hereby dismissed with prejudice, in their entirety, as against Defendant, Pier 1 Imports (U.S.) INC., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), without costs or attorneys' fees to any party.

Dated: July 11, 2017
      New York, New York

                  Lee Litigation Group, PLLC
                  30 East 39th Street, Second Floor
                  New York, NY 10016
                  Phone: (212) 465-1188

                  C.K. Lee, Esq. (CL 4086)

SO ORDERED:
_____
U.S.D.J.
7/12/17

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 7-12-17